

RECEIVED

FILED
OCT 26 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

2011 OCT 28 PM 1:41
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: TAK KO

Debtor(s)

Case No: 11-40688 RLE 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,094.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 11-40688 RLE 13 | TAK KO<br>1205 AMBER COURT<br>SAN LEANDRO, CA 94577 | $ DEBTOR | $ 1,094.00 |

Total Unclaimed Dividends $ 1,094.00

Dated: October 25, 2011

_____
Martha G. Bronitsky, Chapter 13 Trustee